IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND HAROLD BUTTE, SR.,

    Petitioner,                    No.  CIV S-11-0510 GEB DAD P

    vs.

K. ALLISON,

    Respondent.                 <u>ORDER</u>

_____/

       Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 9, 2011, respondent filed a motion to dismiss the pending petition.  However, petitioner did not file any opposition to the motion.  Accordingly, on June 15, 2011, the court ordered petitioner to file his opposition or to show cause why sanctions should not be imposed as a result of his failure to do so.  On June 24, 2011, petitioner filed a motion requesting an order directing the Clerk of the Court to serve petitioner with a copy of the respondent's motion, which petitioner contended that he never received.  At that same time petitioner also filed a motion for an extension of time to file his opposition to the pending motion to dismiss.  On July 6, 2011, respondent filed a notice of re-service of the motion to dismiss.

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. Petitioner's June 24, 2011 motion for an order directing the Clerk of the Court
3 to serve petitioner with a copy of respondent's motion to dismiss (Doc. No. 26) is denied as
4 unnecessary;

5         2. Petitioner's June 24, 2011 request for extension of time (Doc. No. 27) is
6 granted; and

7         3. Petitioner shall file an opposition to the May 9, 2011 motion to dismiss within
8 thirty days from the date of this order.

9 DATED: July 11, 2011.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:md/4
butt0510.111