IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND HAROLD BUTTE, SR.,

    Petitioner,                    No. CIV S-11-0510 GEB DAD P

    vs.

K. ALLISON,

    Respondent.          ORDER

         Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 30, 2012 dismissal of his application for a writ of habeas corpus on the grounds that it was filed beyond the one-year statute of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1  Where, as here, the petition was dismissed on procedural grounds, a certificate of
2  appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it
3  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
4  reason would find it debatable whether the petition states a valid claim of the denial of a
5  constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
6  McDaniel, 529 U.S. 473, 484 (2000)).

7  After careful review of the entire record herein, this court finds that petitioner has
8  not satisfied the requirement for issuance of a certificate of appealability in this case.
9  Specifically, there is no showing that jurists of reason would find it debatable whether
10 petitioner's habeas petition is untimely and whether petitioner is entitled to equitable tolling.
11 Accordingly, a certificate of appealability should not issue in this action.

12 IT IS SO ORDERED.

13 Dated: April 26, 2012

15 GARLAND E. BURRELL, JR.
16 United States District Judge